**INDEX TO EXHIBIT A**


| Summary Case Details |
| --- |
| Chronological Case History |
| Services Summary |
| Letter to Clerk |
| Plaintiff's Original Petition and Request for Disclosure |
| Certified Mail Receipt to Tidewater Marine LLC c/o Corporation System |
| Civil Process Pick-Up Form |
| Certified Citation to Tidewater Marine Mail Receipt |
| List of Counsel of Record |




**HCDistrictclerk.com** JOHN-MILLER, DONALD B (I/D/B/A EDAM GBERE INTERNAT vs. HOWELL, AUSTIN 9/25/2019

Cause: 201961060 CDI: 7 Court: 165

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 8/28/2019 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | FRAUD |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 8/28/2019 |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 165th |
| **Address** | 201 CAROLINE (Floor: 12)<br>HOUSTON, TX 77002<br>Phone:7133686270 |
| **JudgeName** | URSULA A. HALL |
| **Court Type** | Civil |

**Chronological Case History**

| | | | | | |
|---|---|---|---|---|---|
| **Style** | JOHN-MILLER, DONALD B (I/D/B/A EDAM GBERE INTERNAT vs. HOWELL, AUSTIN | | | | |
| **Case Number** | 201961060 | **Case Status** | Active - Civil | **Case Type** | FRAUD |
| **File Court** | 165 | **File Date** | 8/28/2019 | **Next Setting** | N/A |

| Date | Type | Description |
|---|---|---|
| N/A | SERVICE | **PERSON SERVED:** HOWELL, AUSTIN **SERVICE TYPE:** CITATION **INSTRUMENT:** APPLICATION FOR WRIT OF CERTIORARI |
| N/A | SERVICE | **PERSON SERVED:** TIDEWATER MARINE INTERNATIONAL INC (A CLAIMED CORPORATION) BY SERVINGITS PURPORTED MANAGER AUSTIN HOWELLOR WHEREVER HE MAY BE FOUND **SERVICE TYPE:** CITATION CORPORATE **INSTRUMENT:** APPLICATION FOR WRIT OF CERTIORARI |
| N/A | SERVICE | **PERSON SERVED:** TIDEWATER MARINE LLC BY SERVING ITS REGISTERED AGENTCT CORPORATION SYSTEM **SERVICE TYPE:** CITATION (CERTIFIED) **INSTRUMENT:** APPLICATION FOR WRIT OF CERTIORARI |
| 8/28/2019 | ACTIVITY | JURY FEE PAID (TRCP 216) **COURT:** 165 |
| 8/28/2019 | DOCUMENT | ORIGINAL PETITION **COURT:** 165 **ATTORNEY:** EASLEY, TOBY C. **PERSON FILING:** JOHN-MILLER, DONALD B (I/D/B/A EDAM GBERE INTERNAT |
| 8/28/2019 | DOCUMENT | ORIGINAL PETITION **COURT:** 165 **ATTORNEY:** EASLEY, TOBY C. **PERSON FILING:** EDAM GBERE INTERNATIONAL SERVICES |
| 8/28/2019 | DOCUMENT | ORIGINAL PETITION **COURT:** 165 **ATTORNEY:** EASLEY, TOBY C. **PERSON FILING:** EDAM GBERE NIGERIA LIMITED |
| 8/28/2019 | DOCUMENT | ORIGINAL PETITION **COURT:** 165 **ATTORNEY:** EASLEY, TOBY C. **PERSON FILING:** D1 INTERGRATED SERVICES |
| 8/28/2019 | DOCUMENT | ORIGINAL PETITION **COURT:** 165 **ATTORNEY:** EASLEY, TOBY C. **PERSON FILING:** CAROLINE MARINE SERVICES |

**HCDistrictclerk.com** JOHN-MILLER, DONALD B (I/D/B/A EDAM GBERE INTERNAT vs. HOWELL, AUSTIN 9/25/2019

Cause: 201961060 CDI: 7 Court: 165

**NOTICES**

No Notices found.

**SERVICES**

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION CORPORATE | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | TIDEWATER MARINE INTERNATIONAL INC (A CLAIMED CORPORATION) BY SERVING | 8/28/2019 | 9/3/2019 | | | | 73665517 | CIV AGCY-CIVILIAN SERVICE AGENCY |
| 6002 RODGERDALE SUITE 600 HOUSTON TX 77072 | | | | | | | | | | |
| CITATION (CERTIFIED) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | TIDEWATER MARINE LLC BY SERVING ITS REGISTERED AGENT | 8/28/2019 | 9/3/2019 | | | | 73665518 | CVC/CTM SVCE BY CERTIFIED MAIL |
| 1999 BRYAN STREET SUITE 900 DALLAS TX 75201 | | | | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | HOWELL, AUSTIN | 8/28/2019 | 9/3/2019 | | | | 73665519 | CIV AGCY-CIVILIAN SERVICE AGENCY |
| 6002 ROGERDALE SUITE 600 HOUSTON TX 77072 | | | | | | | | | | |

8/28/2019 3:27:59 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 36361980
By: HUTCHINSON, MIAEDA A
Filed: 8/28/2019 3:27:59 PM

2019-61060 / Court: 165

E

TOBY C. EASLEY
Attorney at Law
EASLEY LAW FIRM, P.L.L.C.

1214 Elgin Street
Houston, TX 77004

Office: 713-223-4000
E-Mail: Toby@Toby-Law.com

August 28, 2019

Ms. Marilyn Burgess
Harris County District Clerk
201 Caroline, Suite 420
Houston, TX 77002

Re: Request for Issuance of Citations
*Donald John-Miller, et al. v. Austin Howell, et al.*

Dear Ms. Burgess:

Please issue citations for the following Defendants in the above-referenced matter:

1. **Austin Howell**
   6002 Rogerdale, Suite 600
   Houston, TX 77072
   (For Service by Private Process; Please Place in Box 111 for David Garza, phone 832-498-3554)

2. **Tidewater Marine International**
   c/o Austin Howell
   6002 Rogerdale, Suite 600
   Houston, TX 77072
   (For Service by Private Process; Please Place in Box 111 for David Garza, phone 832-498-3554)

3. **Tidewater Marine, LLC**
   c/o CT Corporation System
   1999 Bryan St., Suite 900
   Dallas, TX 75201
   (For Service by Certified Mail, through District Clerk)

If you have any questions, please call me at 713-223-4000.

Respectfully,

Toby C. Easley

Certified Document Number: 86872366 - Page 1 of 1




I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this September 25, 2019

Certified Document Number: 86872366 Total Pages: 1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

8/28/2019 3:27 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 36361980
By: Miaeda Hutchinson
Filed: 8/28/2019 3:27 PM

2019-61060 / Court: 165

NO. ___________

| | | |
|---|---|---|
| **DONALD B. JOHN-MILLER, INDIVIDUALLY AND D/B/A EDAM GBERE INTERNATIONAL SERVICES, EDAM GBERE NIGERIA LIMITED, D1 INTEGRATED SERVICES, and, CAROLINE MARINE SERVICES, LTD.** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **______ JUDICIAL DISTRICT** |
| | § | |
| **AUSTIN HOWELL, INDIVIDUALLY, TIDEWATER MARINE INTERNATIONAL, INC., and TIDEWATER MARINE, LLC** | § | **HARRIS COUNTY, TEXAS** |

**PLAINTIFF'S ORIGINAL PETITION
AND REQUEST FOR DISCLOSURE**

To the Court:

1. Plaintiff, Donald B. John-Miller ("Miller"), individually and d/b/a Edam Gbere International Services ("EGSI") and d/b/a Edam Gbere Nigeria Limited ("EGNL") and d/b/a D1 Integrated Services ("D1"), and d/b/a Caroline Marine Services, Ltd. ("Caroline"), complain of Defendants, Austin Howell, individually ("Howell"), Tidewater Marine International, Inc. ("TMI") and Tidewater Marine, LLC ("TMLLC"), and for cause of action would respectfully state to the court the following:

**Discovery Plan**

2. Plaintiff intends to conduct discovery under Level 2 of TEX. R. CIV. P. 190.

Certified Document Number: 86872365 - Page 1 of 8

## Parties

3. Donald B. John-Miller, individually and d/b/a Edam Gbere International Services and d/b/a Edam Gbere Nigeria Limited and d/b/a D1 Integrated Services and d/b/a Caroline Marine Services, Ltd., Plaintiff, is an individual residing in Texas with his principal place of business in Harris County, Texas.

4. Austin Howell, Defendant, is an individual resident of Texas. This defendant may be served with process at his place of business 6002 Rogerdale, Suite 600, Houston, Texas 77072, or wherever he may be found.

5. Tidewater Marine International, Inc., Defendant, is a claimed corporation operating in Texas but is not registered with the Texas Secretary of State. This Defendant is believed to be a wholly owned subsidiary of Defendant Tidewater Marine, LLC. This defendant may be served with process through its purported manager, Austin Howell, at 6002 Rogerdale, Suite 600, Houston, Texas 77072, or wherever he may be found.

6. Tidewater Marine, LLC, Defendant, is a Louisiana company with a principal place of business in Houston, Texas. This defendant may be served with process through its registered agent, CT Corporation System, 1999 Bryan St., Suite 900, Dallas, Texas 75201.

## Jurisdiction & Venue

7. Venue is proper in Harris County because more than one of the named defendants maintain fixed and established places of business in Harris County, Texas, at the time this lawsuit is brought. In addition, Defendant Austin Howell is a Texas resident. TEX. CIV. PRAC. & REM. CODE §15.002. The court has jurisdiction over the controversy because the damages and relief requested are within the jurisdictional limits of the court.

Certified Document Number: 86872365 - Page 2 of 8

**Facts**

8. On March 12, 2019, Defendants, through Howell, contracted to sell the Merchant Vessel (M/V) Lourdes Tide, along with another vessel, to EGNL. When Howell was told Edam Gbere only wanted to buy one of the vessels, the Lourdes Tide, as allowed under the agreement, Howell wrongfully charged a higher price and kept the funds. Instead of the listed $450,000 price, Howell charged, and kept, another $110,000 (a wire transfer made on 6/5/2019 for $110,000). Demand was made on Defendants on August 14, 2019 to return the overcharged funds. In response, Defendants have made excuses by claiming "confusion" and have refused to return the funds. These claims of confusion were made through Daniel Hudson, an associate general counsel with TMLLC.

9. On June 14, 2019, Defendants contracted to sell the Montgomery Tide to Caroline Marine Services, Ltd., another assumed name of Miller. In this transaction Defendants sold the vessel then later canceled the contract after accepting a $100,000 deposit from Caroline. Defendants, of course, then refused to return the deposit. Demand was made on Defendants on August 14, 2019 to return the deposit. In response, Defendants have made excuses by claiming "confusion" and have refused to return the funds. These claims of confusion were made through Daniel Hudson, an associate general counsel with TMLLC.

10. On July 17, 2019, Defendants contracted to sell the M/V Soyo Tide to D1 Integrated Services, an assumed name of Miller. After Edam Gbere International, a unit of Edam Gbere Nigeria Limited, paid $70,000 to Defendants (by wire transfers on 7/24/2019 and 8/2/2019), Defendants canceled the contract yet kept the funds. Demand was made on Defendants on August 14, 2019 to return the funds. In response, Defendants have made excuses by claiming "confusion"



Certified Document Number: 86872365 - Page 3 of 8

and have refused to return the funds. These claims of confusion were made through Daniel Hudson, an associate general counsel with TMLLC.

11. As a result of Defendants' actions, they have wrongfully kept and retained $280,000 belonging to Plaintiff, not to mention another $30,000 they charged for "storage" of the Lourdes Tide in order to extort the additional payments.

12. On August 14, 2019, Plaintiff made a written demand on Defendants to return the funds, stating their breaches of the contracts and wrongfully keeping Plaintiff's funds. That demand was made in accordance with TEX. CIV. PRAC. & REM. CODE §§ 38.001 *et seq*. To date, there has been no formal written response, yet Defendants have kept the funds.

13. All of Defendants' actions took place in Harris County, Texas, through the office of Tidewater Marine, LLC, and its related entities and employees. All invoices, contracts, and correspondence went through the office located at 6002 Rogerdale, Suite 600, Houston, Texas 77072. Howell, a Texas resident, conducted this business through the Rogerdale office.

**Causes of Action**

**Breach of Contract**

14. Defendants breached each of the contracts as alleged above. Defendants charged $110,000 over the purchase price for the Lourdes Tide and kept the funds even after demand was made to return them. Defendants breached the contract for the Soyo Tide after receipt of $70,000; despite claiming to cancel the agreement Defendants kept the funds. Defendants breached the contract for the Montgomery Tide in the same manner—taking a $100,000 deposit, cancelling the agreement, then refusing to return the funds. Daniel Hudson said the funds could be returned, but now claims otherwise. Plaintiff performed his obligations under the contracts.

15. As a result of Defendants' breaching the several contracts, Plaintiff has incurred damages



Certified Document Number: 86872365 - Page 4 of 8

as alleged below.

**Unjust Enrichment and Constructive Trust**

16. It is anticipated that the evidence will show Defendants, each alone or together with others, obtained benefits from Plaintiff by fraud, duress, and/or taking undue advantage. As such, Defendants, each alone or together with others, would have been unjustly enriched and have actually or constructively defrauded Plaintiff. It would be unconscionable for Defendants to retain any interest rightfully belonging to Plaintiff by keeping the funds and not returning them to Plaintiff. Unless a constructive trust is imposed on all property, profits, or benefits rightfully belonging to Plaintiff, Defendants will be unjustly enriched and will profit by their wrongdoing at Plaintiff's expense.

17. Defendants are in possession of $280,000 in funds that belong to Plaintiff.

**Common Law Fraud and Fraudulent Inducement**

18. It is anticipated that the evidence will show that Defendants made material and false representations to Plaintiff regarding the contracts, deposits, and cancellation charges. Defendants, specifically through Howell, made such false representations, knew the representations were false and/or made them recklessly, as a positive assertion, without knowledge of their truth. Defendants made the representations with the intent that Plaintiff would rely upon the false representations and Plaintiff justifiably relied upon the same in making the deposits and honoring their obligations under the contracts. It now appears that Defendants had no intent to abide by any of the contracts, intending only to get and keep funds from Plaintiff.

19. Additionally, and/or alternatively, Defendants' material, false representations were made to induce Plaintiff into binding agreements and Plaintiff justifiably relied upon the representations to their detriment.



Certified Document Number: 86872365 - Page 5 of 8

20. By way of example only, and without limitation, Defendants took deposits on two of the contracts before claiming the contracts were canceled; Defendants then kept the funds, refusing to return the deposits.

**Theft Liability Act**

21. Defendants stole money from Plaintiff in violation of the Theft Liability Act. TEX. CIV. PRAC. & REM. CODE Ch. 134. Defendants stole the money by deceiving Plaintiff into paying deposits and additional charges that Defendants then kept and refused to return. Defendants intended to deprive Plaintiff of the money and committed theft by using deception to induce Plaintiff to make the payments. Plaintiff incurred damages as alleged below.

**Damages**

22. Plaintiff have incurred damages of at least $280,000. These were wire transfer funds kept by Defendants which they have refused to return. No contract allowed for Defendants to keep these funds.

**Exemplary Damages**

23. Plaintiff also request exemplary damages in accordance with TEX. CIV. PRAC. & REM. CODE § 41.003(a).

**Attorneys' Fees**

24. Defendants have made it necessary for Plaintiff to retain the undersigned attorney and law firm to file this lawsuit. This claim was timely presented to Defendants, but it was necessary to sue in order to obtain relief since Defendants have refused, and continue to refuse, to return the funds. Instead, Daniel Hudson wants to meet to discuss the matters; yet he has consistently delayed any attempts to meet. Plaintiff, therefore, seek reimbursement for their reasonable and necessary attorney fees under Tex. Civ. Prac. & Rem. Code §§ 38.001, *et seq*.

Certified Document Number: 86872365 - Page 6 of 8

**Conditions Precedent**

25. All conditions precedent have been performed or have occurred as required by TEX. R. CIV. P. 54.

**Rule 47 Statement; Not Expedited Action**

26. Plaintiff seeks monetary relief at this time estimated to be of over $200,000 but less than $1,000,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees, together with non-monetary relief. Plaintiff does not consider this an expedited action in accordance with TEX. R. CIV. P. 169.

**Disclosure Request**

27. Pursuant to Texas Rule of Civil Procedure 194, Plaintiff requests that each defendant disclose, within 50 days of service of this request, the information or material described in TEX. R. CIV. P. 194.2(a)-(l).

**Demand for Jury Trial**

28. Plaintiff respectfully demands a jury trial on all issues in this cause of action in accordance with TEX. R. CIV. P. 216. This request is made more than a reasonable time prior to the trial of this matter. The appropriate jury fee is being paid with the filing of this demand.

**Prayer**

29. For these reasons, Plaintiff asks that Defendants be cited to appear and answer, and that Plaintiff have judgment against Defendants, jointly and severally, for:

a. Actual damages in an amount of at least $280,000;

b. Exemplary damages;

c. Reasonable and necessary attorney fees;

d. Prejudgment and post-judgment interest as allowed by law;

Certified Document Number: 86872365 - Page 7 of 8

e. Costs of suit; and

f. All other relief this court deems appropriate.

Respectfully submitted:

EASLEY LAW FIRM, P.L.L.C.

Toby C. Easley
Texas Bar No. 00787411
1214 Elgin Street
Houston, Texas 77004
Voice: 713-223-4000
Email: Toby@Toby-Law.com

ATTORNEYS FOR PLAINTIFF

Certified Document Number: 86872365 - Page 8 of 8




I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this September 25, 2019

Certified Document Number: 86872365 Total Pages: 8

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

2019-61060


U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Certified Mail Fee $ 3.50
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage 1.30
2019-61060 165741
7.80
Postmark Here
SEP 04 2019
Marilyn Burgess
District Clerk
SEP - 4 2019
SAM HOUSTON
TIDEWATER MARINE LLC
C/O CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions
7018 1830 0001 4425 4053

09-04-19

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging.

Certified Document Number: 87050577 - Page 1 of 1




I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this September 25, 2019

Certified Document Number: 87050577 Total Pages: 1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**




# Marilyn Burgess

HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 |
www.hcdistrictclerk.com

## Civil Process Pick-Up Form

CAUSE NUMBER: 2019-61060

ATY______ CIV X COURT 165th

**REQUESTING ATTORNEY/FIRM NOTIFICATION**

*ATTORNEY: Easley, Toby PH: 713-223-4000

*CIVIL PROCESS SERVER: David Garza BOX: #111

*PH: ______

*PERSON NOTIFIED SVC READY: ______

Type of Service Document: CIT
Type of Service Document: CIT
Type of Service Document: ______
Type of Service Document: ______
Type of Service Document: ______

Tracking Number 73665519
Tracking Number 73665517
Tracking Number ______
Tracking Number ______
Tracking Number ______

Process papers prepared by: **Brianna J. Denmon**

Date: Sept. 3 2019 30 days waiting 10-3-19

*Process papers released to: DAVID
(PRINT NAME)

8324983559
*(CONTACT NUMBER)

(SIGNATURE) [signature]

*Process papers released by: Monica Estrada
(PRINT NAME)

[signature: Monica Estrada]
(SIGNATURE)

* Date: 9/4, 2019 Time: 1:45 ~~AM~~ / PM

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

Revised 12-15-2014

Certified Document Number: 86972687 - Page 1 of 1




I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this September 25, 2019

Certified Document Number: 86972687 Total Pages: 1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

7018 1830 0001 4485 4053

CAUSE NO. 201961060

RECEIPT NO. 75.00 CTM

********** TR # 73665518

PLAINTIFF: JOHN-MILLER, DONALD B (I/D/B/A EDAM GBERE INTERNAT
vs.
DEFENDANT: HOWELL, AUSTIN

In The 165th
Judicial District Court
of Harris County, Texas
165TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: TIDEWATER MARINE LLC BY SERVING ITS REGISTERED AGENT
CT CORPORATION SYSTEM

1999 BRYAN STREET SUITE 900 DALLAS TX 75201

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on the 28th day of August, 2019, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on 3rd day of September, 2019, under my hand and seal of said Court.

Issued at request of:
EASLEY, TOBY C.
1214 ELGIN STREET
HOUSTON, TX 77004
Tel: (713) 223-4000
Bar No.: 787411

DISTRICT COURT OF HARRIS COUNTY, TEXAS

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: DENMON, BRIANNA JANEL 3B5//11314239

CLERK'S RETURN BY MAILING

Came to hand the ______ day of ______________, ______, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE to the following addressee at address:

______________________

(a) ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106 (2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at

on ______ day of ______________, ______
by U.S. Postal delivery to ______________

This citation was not executed for the following reason: ______________

MARILYN BURGESS, District Clerk
Harris County, TEXAS

By ______________________, Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging.

N.INT.CITM.P

*73665518*

Certified Document Number: 86974912 - Page 1 of 2

7018 1830 0001 4425 4053

CAUSE NO. 201961060

RECEIPT NO. 75.00 CTM

********** TR # 73665518

PLAINTIFF: JOHN-MILLER, DONALD B (I/D/B/A EDAM GBERE INTERNAT
vs.
DEFENDANT: HOWELL, AUSTIN

In The 165th
Judicial District Court
of Harris County, Texas
165TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: TIDEWATER MARINE LLC BY SERVING ITS REGISTERED AGENT
CT CORPORATION SYSTEM

1999 BRYAN STREET SUITE 900 DALLAS TX 75201

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on the 28th day of August, 2019, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on 3rd day of September, 2019, under my hand and seal of said Court.




Marilyn Burgess

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Issued at request of:
EASLEY, TOBY C.
1214 ELGIN STREET
HOUSTON, TX 77004
Tel: (713) 223-4000
Bar No.: 787411

Generated By: DENMON, BRIANNA JANEL 3B5//11314239

CLERK'S RETURN BY MAILING

Came to hand the ______ day of ______________________, ______, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE to the following addressee at address:

________________________

ADDRESS

Service was executed in accordance with Rule 106 (2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at

________________________

(a)ADDRESSEE

on ______ day of ______________________, ________
by U.S. Postal delivery to ______________________

This citation was not executed for the following reason: ______________________

MARILYN BURGESS, District Clerk
Harris County, TEXAS

By ______________________, Deputy

N.INT.CITM.P

*73665518*

Certified Document Number: 86974912 - Page 2 of 2




I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this September 25, 2019

Certified Document Number: 86974912 Total Pages: 2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

**COUNSEL OF RECORD**

Toby C. Easely
Easley Law Firm, P.L.L.C.
1214 Elgin Street
Houston, Texas 77004
713-223-4000
Toby@Toby-Law.com
Attorneys for Plaintiff, Donald B. John-Miller, individually and d/b/a Edam Gbere International Services, and d/b/a Caroline Marine Services, Ltd.

Scott Jenkins
William C. Baldwin
Justin Quin
Jennifer David
Jones Walker LLP
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170
504-582-8315
wbaldwin@joneswalker.com
Attorneys for Tidewater Marine LLC