**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **DONALD B. JOHN-MILLER,** <br> **INDIVIDUALLY AND D/B/A** <br> **EDAM GBERE INTERNATIONAL** <br> **SERVICES,** <br> **EDAM GBERE NIGERIA LIMITED,** <br> **D1 INTEGRATED SERVICES,** <br> **and,** <br> **CAROLINE MARINE SERVICES, LTD.** | **CIVIL ACTION NO.** |
| **Plaintiff,** | |
| **vs.** | |
| **AUSTIN HOWELL, INDIVIDUALLY,** <br> **TIDEWATER MARINE** <br> **INTERNATIONAL, INC., and** <br> **TIDEWATER MARINE, LLC** | **JUDGE** <br> **MAGISTRATE JUDGE** |
| **Defendants.** | |

**<u>NOTICE OF CONSENT TO REMOVAL</u>**
**<u>BY TIDEWATER MARINE INTERNATIONAL, INC.</u>**

Tidewater Marine International, Inc. has not been served with service of process in the above-referenced action. With a full reservation of rights, without waiving any defenses, objections, exceptions and motions permitted by Rule 12 of the Federal Rules of Civil Procedure, including without waiving any defense to service of process and/or improper joinder and/or failure to name the proper party, and without making any formal appearance herein, named Defendant, Tidewater Marine International, Inc., hereby consents to the removal of this action by Defendant, Tidewater Marine, LLC from the 165th Judicial Civil District Court of Harris County, Texas to this Honorable Court, the United States District Court for the Southern District of Texas – Houston Division.

**EXHIBIT**

**B**

Houston, Texas this 30th day of September, 2019.

Respectfully submitted,

*/s/ JUSTIN QUIN*
JUSTIN QUIN (SDTX 3326964; TX 24103893)
JENNIFER DAVID (SDTX 3229371)
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, TX 77002
Telephone:    (713) 437-1877
Fax:          (713) 437-1949
E-Mail:       jquin@joneswalker.com
              jdavid@joneswalker.com

-and-

WILLIAM BALDWIN (La. Bar No. 31613), T.A.
R. SCOTT JENKINS (La. Bar No. 23144)
JONES WALKER LLP
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:    (504) 582-8315
Fax:          (504) 589-8315
E-Mail:       wbaldwin@joneswalker.com
              sjenkins@joneswalker.com
*To be Admitted Pro Hac Vice*

*Attorneys for Defendant, Tidewater Marine*
*International, Inc.*

**EXHIBIT**

**B**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 30th, 2019, the above and foregoing has been served on

all counsel of record by email, as follows:

Counsel for Plaintiff:
Toby C. Easley
Texas Bar No. 00787411
1214 Elgin Street
Houston, Texas 77004
Email: Toby@Toby-Law.com

/s/JUSTIN QUIN
JUSTIN QUIN

EXHIBIT
B

{N3893428.1}

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **DONALD B. JOHN-MILLER,** | **CIVIL ACTION NO.** |
| **INDIVIDUALLY AND D/B/A** | |
| **EDAM GBERE INTERNATIONAL** | |
| **SERVICES,** | |
| **EDAM GBERE NIGERIA LIMITED,** | |
| **D1 INTEGRATED SERVICES,** | |
| **and,** | |
| **CAROLINE MARINE SERVICES, LTD.** | |
| | |
|    **Plaintiff,** | |
| | |
| **vs.** | |
| | |
| **AUSTIN HOWELL, INDIVIDUALLY,** | **JUDGE** |
| **TIDEWATER MARINE** | **MAGISTRATE JUDGE** |
| **INTERNATIONAL, INC., and** | |
| **TIDEWATER MARINE, LLC** | |
| | |
|    **Defendants.** | |

## <u>NOTICE OF CONSENT TO REMOVAL BY AUSTIN HOWELL</u>

Austin Howell is an improperly-named defendant and has not been properly joined and/or

served with service of process.  With a full reservation of rights, without waiving any defenses,

objections, exceptions and motions permitted by Rule 12 of the Federal Rules of Civil Procedure,

including without waiving any defense to service of process and/or improper joinder and/or failure

to name the proper party, and without making any formal appearance herein, named Defendant,

Austin Howell, hereby consents to the removal of this action by Defendant, Tidewater Marine,

LLC from the 165th Judicial Civil District Court of Harris County, Texas to this Honorable Court,

the United States District Court for the Southern District of Texas – Houston Division.

Houston, Texas this 30th day of September, 2019.

**EXHIBIT**

**B**

Respectfully submitted,

*/s/ JUSTIN QUIN*
JUSTIN QUIN (SDTX 3326964; TX 24103893)
JENNIFER DAVID (SDTX 3229371)
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, TX 77002
Telephone:    (713) 437-1877
Fax:           (713) 437-1949
E-Mail:        jquin@joneswalker.com
               jdavid@joneswalker.com

-and-

WILLIAM BALDWIN (La. Bar No. 31613), T.A.
R. SCOTT JENKINS (La. Bar No. 23144)
JONES WALKER LLP
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:    (504) 582-8315
Fax:           (504) 589-8315
E-Mail:        wbaldwin@joneswalker.com
               sjenkins@joneswalker.com
*To be Admitted Pro Hac Vice*

*Attorneys for Defendant, Austin Howell*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, the above and foregoing has been served on

all counsel of record by email, as follows:

Counsel for Plaintiff:
Toby C. Easley
Texas Bar No. 00787411
1214 Elgin Street
Houston, Texas 77004
Email: Toby@Toby-Law.com

*/s/JUSTIN QUIN*
JUSTIN QUIN

EXHIBIT

B

{N3893421.1}

2