IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONALD B. JOHN-MILLER, INDIVIDUALLY AND D/B/A EDAM GBERE INTERNATIONAL SERVICES, EDAM GBERE NIGERIA LIMITED, D1 INTEGRATED SERVICES, and, CAROLINE MARINE SERVICES, LTD., | CIVIL ACTION NO. 4:19-CV-03752<br><br>JUDGE DAVID HITTNER |
| vs. | MAG. JUDGE PETER BRAY |
| AUSTIN HOWELL, INDIVIDUALLY, TIDEWATER MARINE INTERNATIONAL, INC., and TIDEWATER MARINE, LLC, | |

## **ORDER**

Considering the Motion to Dismiss filed by Defendants, Tidewater Marine LLC and Austin Howell:

IT IS ORDERED that the claims asserted by Plaintiff, Donald B. John-Miller, individually and D/B/A Edam Gbere International Services, Edam Gbere Nigeria Limited, D1 Integrated Services, and Caroline Marine Services, Ltd. in the captioned matter are hereby dismissed, with prejudice and at Plaintiff's cost.

This _____ day of _____, 2019.

_____
JUDGE

{N3897432.2}