# PLAINTIFF'S

# EXHIBIT

# "A"

# Bank of America

**Funds Transfer Request Authorization (FTRA)**

## Customer Information

| | | | |
|---|---|---|---|
| **Name:** | EDAM GBERE INTERNATIONAL SERVICES | **Address:** | 7211 LAPIS MEADOW DR |
| **Phone:** | (832)727-1199 | | CYPRESS |
| | | | TX 774331942 US |

## Account Information

| | |
|---|---|
| **Account:** | BUS_4636 |
| **Account Title:** | EDAM GBERE INTERNATIONAL SERVICES DONALD BARISIN JOHN-MILLER LEWIS JOHN-MILLER |
| **Requestor Name:** | DONALD M JOHN MILLER |

## Wire Information

| | | | |
|---|---|---|---|
| **Wire Type:** | DOMESTIC | **Wire Date:** | 03/11/2019 |
| **Country:** | US | **Wire Amount (USD):** | 200,000.00 |
| **Currency of Recipient Account:** | USD | **Wire Fee:** | 30.00 |
| **Source:** | IN PERSON | | |
| **ID Verification/Type:** | U.S. DRIVER'S LICENSE (WITH OR WITH | | |
| **ID Verification/Type:** | BANK OF AMERICA DEBIT CARD, ATM CAR | | |

## Recipient Information

| | | | |
|---|---|---|---|
| **Recipient Name:** | TIDEWATER MARINE INTERNATIONAL INC | **Bank Name:** | JPMORGAN CHASE BANK NATIONAL ASSOCIATION |
| **Account Number Type:** | ACCOUNT NUMBER | **Bank ID:** | 021000021 |
| **Account Number:** | ▮▮▮▮▮▮ | **Address:** | 1111 POLARIS PKWY |
| **Address:** | HOUSTON | | COLUMBUS |
| | TEXAS 77072 US | | OH 43240 US |
| **Information about payment:** | | | |
| **Purpose of Payment:** | OTHER | **Additional Phone Advice:** | |
| **Additional Reference Information:** | PURCHASE OF VESSELS | **Additional Bank Instructions:** | PURCHASE OF VESSELS |

## Customer Approval

I authorize Bank of America to transfer my funds as set forth in the instructions herein (including debiting my account if applicable), and agree that such transfer of funds is subject to this Funds Transfer Agreement (see disclosure pages of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided by Bank of America at the time the wire is sent. Exchange rates are determined by Bank of America, N.A. in our sole discretion. You may be able to get a better exchange rate if you handle this transaction online instead of in the financial center. Please see the Funds Transfer Agreement for futher information regarding our exchange rates. For a Consumer International wire: We rely on you, the customer, to inform us of the currency of the receiving account (denoted under 'Currency of Recipient Account') so that we may disclose the exchange rate for conversion in the wire process. If you chose to send USD rather than the foreign currency of the receiving account, we will honor your choice, however, we will not be able to provide exchange rate information. Additionally, so that we may provide required disclosures, you must remain in the financial center until we provide you the Remittance Transfer Receipt (RTR). If you leave prior to receiving the RTR, we will cancel the international remittance transfer.

Customer Signature _____    Date of Request ____/____/____

**IMPORTANT: FOR EACH WIRE Indicate Method of Signature Verification: (must complete one of the below)**

| Not Applicable (check box if no signature verification is required) | Signature Card (check box if signature card was reviewed) | Business Resolution (check box if business resolution was reviewed) | Posted Check# (reference PRO for date guidelines) (complete field below) Check # _____ | Leader Exception Granted (leader must place their initials or signature in box below) Exception Reason: _____ |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | | |

### FOR BANK USE ONLY: Financial Center Information

| | | | |
|---|---|---|---|
| Financial Center Name | WEST OAKS | Date: | March 11, 2019 |
| Company #/Cost Center #: | 00099 0002752 | Phone #: | 281-596-5070 |
| Initiating Associate Name: | MAIRENA, HECTOR | Remittance ID #: | C398P4YLQ |

Plf. Ex. A: 001



**Bank of America** — Funds Transfer Request Authorization (FTRA)

### Customer Information
| | |
|---|---|
| Name: | EDAM GBERE INTERNATIONAL SERVICES |
| Phone: | (832)727-1199 |
| Address: | 7211 LAPIS MEADOW DR CYPRESS TX 774331942 US |

### Account Information
| | |
|---|---|
| Account: | BUS_4636 |
| Account Title: | EDAM GBERE INTERNATIONAL SERVICES DONALD BARISIN JOHN-MILLER LEWIS JOHN-MILLER |
| Requestor Name: | DONALD M JOHN MILLER |

### Wire Information
| | | | |
|---|---|---|---|
| Wire Type: | DOMESTIC | Wire Date: | 04/29/2019 |
| Country: | US | Wire Amount (USD): | 220,000.00 |
| Currency of Recipient Account: | USD | Wire Fee: | 30.00 |
| Source: | IN PERSON | | |
| ID Verification/Type: | U.S. DRIVER'S LICENSE (WITH OR WITH | | |
| ID Verification/Type: | BANK OF AMERICA DEBIT CARD, ATM CAR | | |

### Recipient Information
| | | | |
|---|---|---|---|
| Recipient Name: | TIDEWATER MARINE INTERNATIONAL INC | Bank Name: | JPMORGAN CHASE BANK NATIONAL ASSOCIATION |
| Account Number Type: | ACCOUNT NUMBER | Bank ID: | 021000021 |
| Account Number: | ▇▇▇▇ | Address: | 1111 POLARIS PKWY COLUMBUS OH 43240 US |
| Address: | HOUSTON TEXAS 77072 US | | |

Information about payment:

| | | | |
|---|---|---|---|
| Purpose of Payment: | OTHER | Additional Phone Advice: | |
| Additional Reference Information: | PURCHASE OF VESSELS | Additional Bank Instructions: | PURCHASE OF VESSELS |

### Customer Approval

I authorize Bank of America to transfer my funds as set forth in the instructions herein (including debiting my account if applicable), and agree that such transfer of funds is subject to this Funds Transfer Agreement (see disclosure pages of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided by Bank of America at the time the wire is sent. Exchange rates are determined by Bank of America, N.A. in our sole discretion. You may be able to get a better exchange rate if you handle this transaction online instead of in the financial center. Please see the Funds Transfer Agreement for futher information regarding our exchange rates. For a Consumer International wire: We rely on you, the customer, to inform us of the currency of the receiving account (denoted under 'Currency of Recipient Account') so that we may disclose the exchange rate for conversion in the wire process. If you chose to send USD rather than the foreign currency of the receiving account, we will honor your choice, however, we will not be able to provide exchange rate information. Additionally, so that we may provide required disclosures, you must remain in the financial center until we provide you the Remittance Transfer Receipt (RTR). If you leave prior to receiving the RTR, we will cancel the international remittance transfer.

Customer Signature _____   Date of Request ____/____/____

**IMPORTANT: FOR EACH WIRE indicate Method of Signature Verification (must complete one of the below)**

| Not Applicable (check box if no signature verification is required) | Signature Card (check box if signature card was reviewed) | Business Resolution (check box if business resolution was reviewed) | Posted Check# (reference PRO for date guidelines) (complete field below) Check # _____ | Leader Exception Granted (leader must place their initials or signature in box below) Exception Reason: _____ |
|---|---|---|---|---|

**FOR BANK USE ONLY: Financial Center Information**

| | | | |
|---|---|---|---|
| Financial Center Name | KATY STATION | Date: | April 27, 2019 |
| Company #/Cost Center #: | 00099 0003419 | Phone #: | 281-550-6844 |
| Initiating Associate Name: | PEREZ, MAGALYS | Remittance ID #: | 8R6JVNBBH |

Plf. Ex. A: 002

 **Funds Transfer Request Authorization (FTRA)**

### Customer Information
| | | | |
|---|---|---|---|
| **Name:** | EDAM GBERE INTERNATIONAL SERVICES | **Address:** | 7211 LAPIS MEADOW DR |
| **Phone:** | (832)727-1199 | | CYPRESS |
| | | | TX 774331942 US |

### Account Information
| | |
|---|---|
| **Account:** | BUS_4636 |
| **Account Title:** | EDAM GBERE INTERNATIONAL SERVICES DONALD BARISIN JOHN-MILLER LEWIS JOHN-MILLER |
| **Requestor Name:** | DONALD M JOHN MILLER |

### Wire Information
| | | | |
|---|---|---|---|
| **Wire Type:** | DOMESTIC | **Wire Date:** | 05/01/2019 |
| **Country:** | US | **Wire Amount (USD):** | 30,000.00 |
| **Currency of Recipient Account:** | USD | **Wire Fee:** | 30.00 |
| **Source:** | IN PERSON | | |
| **ID Verification/Type:** | U.S. DRIVER'S LICENSE (WITH OR WITH | | |
| **ID Verification/Type:** | BANK OF AMERICA DEBIT CARD, ATM CAR | | |

### Recipient Information
| | | | |
|---|---|---|---|
| **Recipient Name:** | TIDEWATER MARINE INTERNATIONAL INC | **Bank Name:** | JPMORGAN CHASE BANK NATIONAL ASSOCIATION |
| **Account Number Type:** | ACCOUNT NUMBER | **Bank ID:** | 021000021 |
| **Account Number:** | ▇▇▇▇▇▇ | **Address:** | 1111 POLARIS PKWY |
| **Address:** | HOUSTON | | COLUMBUS |
| | TEXAS 77072 US | | OH 43240 US |
| **Information about payment:** | | | |
| **Purpose of Payment:** | OTHER | **Additional Phone Advice:** | |
| **Additional Reference Information:** | PURCHASE OF VESSELS | **Additional Bank Instructions:** | PURCHASE OF VESSELS |

### Customer Approval
I authorize Bank of America to transfer my funds as set forth in the instructions herein (including debiting my account if applicable), and agree that such transfer of funds is subject to this Funds Transfer Agreement (see disclosure pages of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided by Bank of America at the time the wire is sent. Exchange rates are determined by Bank of America, N.A. in our sole discretion. You may be able to get a better exchange rate if you handle this transaction online instead of in the financial center. Please see the Funds Transfer Agreement for futher information regarding our exchange rates. For a Consumer International wire: We rely on you, the customer, to inform us of the currency of the receiving account (denoted under 'Currency of Recipient Account') so that we may disclose the exchange rate for conversion in the wire process. If you chose to send USD rather than the foreign currency of the receiving account, we will honor your choice, however, we will not be able to provide exchange rate information. Additionally, so that we may provide required disclosures, you must remain in the financial center until we provide you the Remittance Transfer Receipt (RTR). If you leave prior to receiving the RTR, we will cancel the international remittance transfer.

Customer Signature _____     Date of Request ___/___/___

**IMPORTANT: FOR EACH WIRE Indicate Method of Signature Verification: (must complete one of the below)**

| Not Applicable (check box if no signature verification is required) | Signature Card (check box if signature card was reviewed) | Business Resolution (check box if business resolution was reviewed) | Posted Check# (reference PRO for date guidelines) (complete field below) Check # | Leader Exception Granted (leader must place their initials or signature in box below) Exception Reason:_____ |
|---|---|---|---|---|

### FOR BANK USE ONLY: Financial Center Information
| | | | |
|---|---|---|---|
| Financial Center Name | KATY STATION | Date: | May 1, 2019 |
| Company #/Cost Center #: | 00099 0003419 | Phone #: | 281-463-5024 |
| Initiating Associate Name: | FAMILIA, BREYLIN | Remittance ID #: | KW737Q2V2 |

Plf. Ex. A: 003

 **Bank of America** ⟨⟨⟨          Funds Transfer Request Authorization (FTRA)

### Customer Information
| | | | |
|---|---|---|---|
| **Name:** | EDAM GBERE INTERNATIONAL SERVICES | **Address:** | 7211 LAPIS MEADOW DR |
| **Phone:** | (832)727-1199 | | CYPRESS |
| | | | TX 774331942 US |

### Account Information
| | |
|---|---|
| **Account:** | BUS_4636 |
| **Account Title:** | EDAM GBERE INTERNATIONAL SERVICES DONALD BARISIN JOHN-MILLER LEWIS JOHN-MILLER |
| **Requestor Name:** | DONALD M JOHN MILLER |

### Wire Information
| | | | |
|---|---|---|---|
| **Wire Type:** | DOMESTIC | **Wire Date:** | 05/08/2019 |
| **Country:** | US | **Wire Amount (USD):** | 80,000.00 |
| **Currency of Recipient Account:** | USD | **Wire Fee:** | 30.00 |
| **Source:** | IN PERSON | | |
| **ID Verification/Type:** | U.S. DRIVER'S LICENSE (WITH OR WITH | | |
| **ID Verification/Type:** | BANK OF AMERICA DEBIT CARD, ATM CAR | | |

### Recipient Information
| | | | |
|---|---|---|---|
| **Recipient Name:** | TIDEWATER MARINE INTERNATIONAL INC | **Bank Name:** | JPMORGAN CHASE BANK NATIONAL ASSOCIATION |
| **Account Number Type:** | ACCOUNT NUMBER | **Bank ID:** | 021000021 |
| **Account Number:** | ▮▮▮▮▮▮▮7 | **Address:** | 1111 POLARIS PKWY |
| **Address:** | HOUSTON | | COLUMBUS |
| | TEXAS 77072 US | | OH 43240 US |
| **Information about payment:** | | | |
| **Purpose of Payment:** | OTHER | **Additional Phone Advice:** | |
| **Additional Reference Information:** | PURCHASE OF VESSELS | **Additional Bank Instructions:** | PURCHASE OF VESSELS |

### Customer Approval

I authorize Bank of America to transfer my funds as set forth in the instructions herein (including debiting my account if applicable), and agree that such transfer of funds is subject to this Funds Transfer Agreement (see disclosure pages of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided by Bank of America at the time the wire is sent. Exchange rates are determined by Bank of America, N.A. in our sole discretion. You may be able to get a better exchange rate if you handle this transaction online instead of in the financial center. Please see the Funds Transfer Agreement for futher information regarding our exchange rates. For a Consumer International wire: We rely on you, the customer, to inform us of the currency of the receiving account (denoted under 'Currency of Recipient Account') so that we may disclose the exchange rate for conversion in the wire process. If you chose to send USD rather than the foreign currency of the receiving account, we will honor your choice, however, we will not be able to provide exchange rate information. Additionally, so that we may provide required disclosures, you must remain in the financial center until we provide you the Remittance Transfer Receipt (RTR). If you leave prior to receiving the RTR, we will cancel the international remittance transfer.

Customer Signature _____  Date of Request ____/____/____

**IMPORTANT: FOR EACH WIRE Indicate Method of Signature Verification: (must complete one of the below)**

| Not Applicable (check box if no signature verification is required) | Signature Card (check box if signature card was reviewed) | Business Resolution (check box if business resolution was reviewed) | Posted Check# (reference PRO for date guidelines) (complete field below) Check # _____ | Leader Exception Granted (leader must place their initials or signature in box below) Exception Reason: _____ |
|---|---|---|---|---|

**FOR BANK USE ONLY: Financial Center Information**

| | | | |
|---|---|---|---|
| Financial Center Name | KATY STATION | Date: | May 8, 2019 |
| Company #/Cost Center #: | 00099 0003419 | Phone #: | 281-463-5024 |
| Initiating Associate Name: | FAMILIA, BREYLIN | Remittance ID #: | EQ8JL8R5E |

Plf. Ex. A: 004

# Bank of America

**Funds Transfer Request Authorization (FTRA)**

## Customer Information

| | |
|---|---|
| Name: | EDAM GBERE INTERNATIONAL SERVICES |
| Phone: | (832)727-1199 |
| Address: | 7211 LAPIS MEADOW DR<br>CYPRESS<br>TX 774331942 US |

## Account Information

| | |
|---|---|
| Account: | BUS_4636 |
| Account Title: | EDAM GBERE INTERNATIONAL SERVICES DONALD BARISIN JOHN-MILLER LEWIS JOHN-MILLER |
| Requestor Name: | DONALD M JOHN MILLER |

## Wire Information

| | | | |
|---|---|---|---|
| Wire Type: | DOMESTIC | Wire Date: | 06/05/2019 |
| Country: | US | Wire Amount (USD): | 110,000.00 |
| Currency of Recipient Account: | USD | Wire Fee: | 30.00 |
| Source: | IN PERSON | | |
| ID Verification/Type: | U.S. DRIVER'S LICENSE (WITH OR WITH | | |
| ID Verification/Type: | BANK OF AMERICA DEBIT CARD, ATM CAR | | |

## Recipient Information

| | | | |
|---|---|---|---|
| Recipient Name: | TIDEWATER MARINE INTERNATIONAL INC | Bank Name: | JPMORGAN CHASE BANK NATIONAL ASSOCIATION |
| Account Number Type: | ACCOUNT NUMBER | Bank ID: | 021000021 |
| Account Number: | [redacted] | Address: | 1111 POLARIS PKWY<br>COLUMBUS<br>OH 43240 US |
| Address: | HOUSTON<br>HOUSTON<br>TEXAS 77072 US | | |

Information about payment:

| | | | |
|---|---|---|---|
| Purpose of Payment: | OTHER | Additional Phone Advice: | |
| Additional Reference Information: | PURCHASE OF VESSELS | Additional Bank Instructions: | PURCHASE OF VESSELS |

## Customer Approval

I authorize Bank of America to transfer my funds as set forth in the instructions herein (including debiting my account if applicable), and agree that such transfer of funds is subject to this Funds Transfer Agreement (see disclosure pages of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided by Bank of America at the time the wire is sent. Exchange rates are determined by Bank of America, N.A. in our sole discretion. You may be able to get a better exchange rate if you handle this transaction online instead of in the financial center. Please see the Funds Transfer Agreement for further information regarding our exchange rates. For a Consumer International wire: We rely on you, the customer, to inform us of the currency of the receiving account (denoted under 'Currency of Recipient Account') so that we may disclose the exchange rate for conversion in the wire process. If you chose to send USD rather than the foreign currency of the receiving account, we will honor your choice, however, we will not be able to provide exchange rate information. Additionally, so that we may provide required disclosures, you must remain in the financial center until we provide you the Remittance Transfer Receipt (RTR). If you leave prior to receiving the RTR, we will cancel the international remittance transfer.

Customer Signature _____

Date of Request ___/___/___

**IMPORTANT: FOR EACH WIRE Indicate Method of Signature Verification: (must complete one of the below)**

| Not Applicable (check box if no signature verification is required) | Signature Card (check box if signature card was reviewed) | Business Resolution (check box if business resolution was reviewed) | Posted Check# (reference PRO for date guidelines) (complete field below)<br>Check # | Leader Exception Granted (leader must place their initials or signature in box below)<br>Exception Reason |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | | |

**FOR BANK USE ONLY: Financial Center Information**

| | |
|---|---|
| Financial Center Name: | KATY STATION |
| Company #/Cost Center #: | 00099 0003419 |
| Initiating Associate Name: | GONZALEZ, MARTHA |
| Date: | June 5, 2019 |
| Phone #: | 281-463-5025 |
| Remittance ID #: | VT8KYQ9ML |

# Bank of America

**Funds Transfer Request Authorization (FTRA)**

## Customer Information

| | |
|---|---|
| Name: | EDAM GBERE INTERNATIONAL SERVICES |
| Phone: | (832)727-1199 |
| Address: | 7211 LAPIS MEADOW DR<br>CYPRESS<br>TX 774331942 US |

## Account Information

| | |
|---|---|
| Account: | BUS_4636 |
| Account Title: | EDAM GBERE INTERNATIONAL SERVICES DONALD BARISIN JOHN-MILLER LEWIS JOHN-MILLER |
| Requestor Name: | DONAL JOHN MILLER |

## Wire Information

| | | | |
|---|---|---|---|
| Wire Type: | INTERNATIONAL | Wire Date: | 08/02/2019 |
| Country: | GB | Wire Amount (USD): | 20,000.00 |
| Currency of Recipient Account: | USD | Wire Amount (FX): | 0.00 |
| Source: | IN PERSON | Exchange Rate: | 0.0000 |
| ID Verification/Type: | U.S. DRIVER'S LICENSE (WITH OR WITH | Ref ID: | |
| ID Verification/Type: | BANK OF AMERICA DEBIT CARD, ATM CAR | Wire Fee: | 45.00 |

## Recipient Information

| | | | |
|---|---|---|---|
| Recipient Name: | SONATIDE MARINE LIMITED | Bank Name: | STANDARD CHARTERED BANK |
| Account Number Type: | ACCOUNT NUMBER | Bank ID: | SCBLGB2L |
| Account Number: | [redacted] | Address: | 1 BASINGHALL AVENUE<br>LONDON<br>ENGLAND EC2V 5DD GB |
| Address: | 1 BASMHALL AVE<br>LONDON<br>EC2V GB | | |

## Information about payment:

| | | | |
|---|---|---|---|
| Purpose of Payment: | SONATIDE MARINE BOAT | Additional Phone Advice: | |
| Additional Reference Information: | | Additional Bank Instructions: | |

## Customer Approval

I authorize Bank of America to transfer my funds as set forth in the instructions herein (including debiting my account if applicable), and agree that such transfer of funds is subject to this Funds Transfer Agreement (see disclosure pages of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided by Bank of America at the time the wire is sent. Exchange rates are determined by Bank of America, N.A. in our sole discretion. You may be able to get a better exchange rate if you handle this transaction online instead of in the financial center. Please see the Funds Transfer Agreement for futher information regarding our exchange rates. For a Consumer International wire: We rely on you, the customer, to inform us of the currency of the receiving account (denoted under 'Currency of Recipient Account') so that we may disclose the exchange rate for conversion in the wire process. If you chose to send USD rather than the foreign currency of the receiving account, we will honor your choice, however, we will not be able to provide exchange rate information. Additionally, so that we may provide required disclosures, you must remain in the financial center until we provide you the Remittance Transfer Receipt (RTR). If you leave prior to receiving the RTR, we will cancel the international remittance transfer.

Customer Signature _____   Date of Request ___/___/___

**IMPORTANT: FOR EACH WIRE Indicate Method of Signature Verification: (must complete one of the below)**

| Not Applicable (check box if no signature verification is required) | Signature Card (check box if signature card was reviewed) | Business Resolution (check box if business resolution was reviewed) | Posted Check# (reference PRO for date guidelines) (complete field below) | Leader Exception Granted (leader must place their initials or signature in box below) |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | _____ Check # | Exception Reason: _____ |

**FOR BANK USE ONLY: Financial Center Information**

| | | | |
|---|---|---|---|
| Financial Center Name | KATY STATION | Date: | August 2, 2019 |
| Company #/Cost Center #: | 00099 0003419 | Phone #: | 281-463-5025 |
| Initiating Associate Name: | GONZALEZ, MARTHA | Remittance ID #: | YKMBLV5Z2 |

**Bank of America**  —  Funds Transfer Request Authorization (FTRA)

### Customer Information
- **Name:** EDAM GBERE INTERNATIONAL SERVICES
- **Phone:** (832)727-1199
- **Address:** 7211 LAPIS MEADOW DR
  CYPRESS
  TX 774331942 US

### Account Information
- **Account:** BUS_4636
- **Account Title:** EDAM GBERE INTERNATIONAL SERVICES DONALD BARISIN JOHN-MILLER LEWIS JOHN-MILLER
- **Requestor Name:** DONAL JOHN MILLER

### Wire Information
- **Wire Type:** INTERNATIONAL
- **Country:** GB
- **Currency of Recipient Account:** USD
- **Source:** IN PERSON
- **ID Verification/Type:** U.S. DRIVER'S LICENSE (WITH OR WITH
- **ID Verification/Type:** BANK OF AMERICA DEBIT CARD, ATM CAR
- **Wire Date:** 07/24/2019
- **Wire Amount (USD):** 50,000.00
- **Wire Amount (FX):** 0.00
- **Exchange Rate:** 0.0000
- **Ref ID:**
- **Wire Fee:** 45.00

### Recipient Information
- **Recipient Name:** SONATIDE MARINE LIMITED
- **Account Number Type:** ACCOUNT NUMBER
- **Account Number:** [REDACTED]
- **Address:** 1 BASMHALL AVE
  LONDON
  EC2V GB
- **Bank Name:** STANDARD CHARTERED BANK
- **Bank ID:** SCBLGB2L
- **Address:** 1 BASINGHALL AVENUE
  LONDON
  ENGLAND EC2V 5DD GB

### Information about payment:
- **Purpose of Payment:** SONATIDE MARINE BOAT
- **Additional Phone Advice:**
- **Additional Reference Information:**
- **Additional Bank Instructions:**

### Customer Approval
I authorize Bank of America to transfer my funds as set forth in the instructions herein (including debiting my account if applicable), and agree that such transfer of funds is subject to this Funds Transfer Agreement (see disclosure pages of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided by Bank of America at the time the wire is sent. Exchange rates are determined by Bank of America, N.A. in our sole discretion. You may be able to get a better exchange rate if you handle this transaction online instead of in the financial center. Please see the Funds Transfer Agreement for futher information regarding our exchange rates. For a Consumer International wire: We rely on you, the customer, to inform us of the currency of the receiving account (denoted under 'Currency of Recipient Account') so that we may disclose the exchange rate for conversion in the wire process. If you chose to send USD rather than the foreign currency of the receiving account, we will honor your choice, however, we will not be able to provide exchange rate information. Additionally, so that we may provide required disclosures, you must remain in the financial center until we provide you the Remittance Transfer Receipt (RTR). If you leave prior to receiving the RTR, we will cancel the international remittance transfer.

Customer Signature _____     Date of Request ___/___/___

**IMPORTANT: FOR EACH WIRE Indicate Method of Signature Verification: (must complete one of the below)**

| Not Applicable (check box if no signature verification is required) | Signature Card (check box if signature card was reviewed) | Business Resolution (check box if business resolution was reviewed) | Posted Check# (reference PRO for date guidelines) (complete field below) | Leader Exception Granted (leader must place their initials or signature in box below) |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | Check # _____ | Exception Reason: _____ |

### FOR BANK USE ONLY: Financial Center Information
- **Financial Center Name:** BRAZOS TOWN CENTER
- **Company #/Cost Center #:** 00099 0005475
- **Initiating Associate Name:** LINDO, WILLIAM
- **Date:** July 24, 2019
- **Phone #:** 832-595-2423
- **Remittance ID #:** SF4G9PHXY

Plf. Ex. A: 007



# Bank of America — Funds Transfer Request Authorization (FTRA)

**Customer Information**
- Name: EDAM GBERE INTERNATIONAL SERVICES
- Phone: (832)727-1199
- Address: 7211 LAPIS MEADOW DR, CYPRESS TX 774331942 US

**Account Information**
- Account: BUS_4636
- Account Title: EDAM GBERE INTERNATIONAL SERVICES DONALD BARISIN JOHN-MILLER LEWIS JOHN-MILLER
- Requestor Name: DONALD M JOHN MILLER

**Wire Information**
- Wire Type: DOMESTIC
- Country: US
- Currency of Recipient Account: USD
- Source: IN PERSON
- ID Verification/Type: U.S. DRIVER'S LICENSE (WITH OR WITH
- ID Verification/Type: BANK OF AMERICA DEBIT CARD, ATM CAR
- Wire Date: 06/19/2019
- Wire Amount (USD): 100,000.00
- Wire Fee: 30.00

**Recipient Information**
- Recipient Name: TIDEWATER MARINE INTERNATIONAL INC
- Account Number Type: ACCOUNT NUMBER
- Account Number: [redacted]
- Address: HOUSTON, HOUSTON TEXAS 77072 US
- Bank Name: JPMORGAN CHASE BANK NATIONAL ASSOCIATION
- Bank ID: 021000021
- Address: 1111 POLARIS PKWY, COLUMBUS OH 43240 US

**Information about payment**
- Purpose of Payment: OTHER
- Additional Phone Advice:
- Additional Reference Information: PURCHASE OF MONTGOMERY TIDE VESSEL
- Additional Bank Instructions: PURCHASE OF VESSELS

**Customer Approval**

I authorize Bank of America to transfer my funds as set forth in the instructions herein (including debiting my account if applicable), and agree that such transfer of funds is subject to this Funds Transfer Agreement (see disclosure pages of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided by Bank of America at the time the wire is sent. Exchange rates are determined by Bank of America, N.A. in our sole discretion. You may be able to get a better exchange rate if you handle this transaction online instead of in the financial center. Please see the Funds Transfer Agreement for further information regarding our exchange rates. For a Consumer International wire: We rely on you, the customer, to inform us of the currency of the receiving account (denoted under 'Currency of Recipient Account') so that we may disclose the exchange rate for conversion in the wire process. If you chose to send USD rather than the foreign currency of the receiving account, we will honor your choice, however, we will not be able to provide exchange rate information. Additionally, so that we may provide required disclosures, you must remain in the financial center until we provide you the Remittance Transfer Receipt (RTR). If you leave prior to receiving the RTR, we will cancel the international remittance transfer.

Customer Signature _____    Date of Request ___/___/___

**IMPORTANT: FOR EACH WIRE Indicate Method of Signature Verification: (must complete one of the below)**

| Not Applicable (check box if no signature verification is required) | Signature Card (check box if signature card was reviewed) | Business Resolution (check box if business resolution was reviewed) | Posted Check# (reference PRO for date guidelines) (complete field below) Check # _____ | Leader Exception Granted (leader must place their initials or signature in box below) Exception Reason: |
|---|---|---|---|---|

**FOR BANK USE ONLY: Financial Center Information**
- Financial Center Name: KATY STATION
- Company #/Cost Center #: 00099 0003419
- Initiating Associate Name: PEREZ, MAGALYS
- Date: June 19, 2019
- Phone #: 281-550-6844
- Remittance ID #: W7JGPPVBX

Plf. Ex. A: 008