# PLAINTIFF'S EXHIBIT "B"



## OFFICE OF STAN STANART
### COUNTY CLERK, HARRIS COUNTY, TEXAS

B517140
09/27/2012 CHIMNEYROCK
$16.50  ASSUMED

**ASSUMED NAME RECORDS**
**CERTIFICATE OF OWNERSHIP FOR**
**UNINCORPORATED BUSINESS OR PROFESSION**

[A beginning character other than a letter or a number, or the last portion of a name that exceeds 57 characters, will not be reflected in the indices. Please print legibly.]

NAME IN WHICH BUSINESS IS OR WILL BE CONDUCTED:
**EDAM GBERE INTERNATIONAL SERVICES**

BUSINESS ADDRESS: 10919 PRIMROSE ACRES LN

CITY: HOUSTON    STATE: TX    ZIP: 77031

PERIOD (not to exceed 10 years) DURING WHICH ASSUMED NAME WILL BE USED: 10

BUSINESS IS TO BE CONDUCTED AS (Check One): ☐ Sole Proprietorship ☐ Sole Practitioner ☐ Other____

☒ General Partnership  ☐ Joint Venture  ☐ Joint Stock Company  ☐ Real Estate Investment Trust

I/We, the undersigned, am/are the owner(s) of the above business and my/our name(s) and address(es) given is/are true and correct, and there is/are no ownership(s) in said business other than those listed below.

-NAMES OF OWNERS-

NAME: JOHN-MILLER, DONALD B.    SIGNATURE: [signed]
(print or type)
Residence Address: 10919 PRIMROSE ACRES LN
City: HOUSTON    State: TX    Zip: 77031

NAME: JOHN-MILLER, LEWIS NEKABARI    SIGNATURE: [signed]
(print or type)
Residence Address: 10919 PRIMROSE ACRES LN
City: HOUSTON    State: TX    Zip: 77031

NAME: ____  SIGNATURE: ____
(print or type)
Residence Address: ____
City: ____  State: ____  Zip: ____

If this instrument is executed by an attorney-in-fact, the attorney-in-fact hereby states that s/he/they has/have been duly authorized in writing by his/her principal to execute and acknowledge the same.

THE STATE OF TEXAS §
COUNTY OF HARRIS §

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared

JOHN-MILLER, DONALD B.
JOHN-MILLER, LEWIS NEKABARI

known to me to be the person(s) whose name(s) is/are subscribed to the foregoing instrument and acknowledged to me that s/he/they is/are the owner(s) of the above named business and that s/he/they executed the same for the purpose and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, on September 27, 2012

[signature]
Deputy County Clerk / Notary Public in and for the State of Texas
Debora Ann House

P.O. Box 1525 • Houston, TX 77251-1525 • 713-755-6411
www.cclerk.hctx.net

Form No. D-02-07 (Rev. 01/01/2011)

---

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/8/2019
**Diane Trautman, County Clerk**
Harris County, Texas

 Deputy
Nancy Cuellar

 CON:488097|241942560



Plf. Ex. B: 001