# PLAINTIFF'S

# EXHIBIT

# "C"



TIDEWATER MARINE INTERNATIONAL INC.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
INVOICE
Page 1
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EDAM GBERE NIGERIA LIMITED
ONNE ROAD, ONNE, RIVERS STATE
NIGERIA

Invoice         : 6242019
Invoice Date : June 24, 2019
Area            : 9900
Corporation : 1601

| DESCRIPTION | AMOUNT |
|---|---|
| To INVOICE your account as follows: | U.S. DOLLAR |
| Purchase Price of the Lourdes Tide | $450,000.00 |
| **Invoice Total:** | **$450,000.00** |

| By wire transfer, please remit |
|---|

TIDEWATER MARINE INTERNATIONAL INC.
JP Morgan Chase Bank N.A.
New York, NY
ABA No. ▇▇▇▇▇▇▇
Account No. ▇▇▇▇▇▇▇▇▇

ORIGINAL

Plf. Ex. C: 001